COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2008

Michael N. Milby
Clerk of Court

Awad Omarmustafa #79818094
Plaintiff's name and ID Number

15850 Export Plaza. Houston, TX. 77032
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Houston Police Department / 1200 Travis / Houston, TX 77002
Defendant's name and address

Houston Police Department / 1200 Travis / Houston, TX 77002
Defendant's name and address

_____
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

A.   Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?                                                          ___YES ✓NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1.   Approximate date of filing lawsuit:_____

2.   Parties to previous lawsuit:

Plaintiff(s)_____

Defendant(s)_____

3.   Court: (If federal, name the district; if state, name the county.) _____

4.   Docket Number:_____

5.   Name of judge to whom case was assigned:_____

6.   Disposition: (Was the case dismissed, appealed, still pending?)
_____

7.   Approximate date of disposition:_____

2

II.   PLACE OF PRESENT CONFINEMENT: 15850 Export PLaza, Houston,TX. 77032

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?      __YES  ✓NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   PARTIES TO THIS SUIT:      Awad Omar mustafa, 15850 Export PLaza
A.  Name and address of plaintiff: ~~Houston~~ ~~Texas~~ ~~77032~~
~~Houston, Texas~~   77032

B.  Full name of each defendant, his official position, his place of
employment, and his full mailing address.

Defendant #1: UNKNOWN name Police officer at HPD
1200 Travis. Houston, Texas. 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Exesive Use of Power cause a broken elbow and 3 ribs. False CLaim.

Defendant #2: UNKNOWN name. Police officer at HPD
1200 Travis. Houston, Texas. 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Exesive Use of Power. Cause a broken elbow and 3 ribs. False CLaim.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

# Statement Of CLaim

To: United States District Court honorable Judge, Houston Division: I, Awad Omarmustafa, PLaintif. Was on 4-24-07 without any reason harmed, abused and injured by two officers from Houston Police Department at the 3737 Hillcroft apartment complex. Houston, Texas 77057. And for more details This is what heppened that day April 24-07.

It was morning time between 9:00 and 10:00 AM. Two officers from HPD patroling on foot with guns in thier hands ordered me to (get on the ground). Then they Hand cuffed me -- started Kicking me and hiting me on my left side of my upper body with some thing rather than a human hand. I was searched after that -- nothing illegal was found. The officer behind the wheel pulled a small plastic bag off his right pocket of his pants -- containing less than one gram cocaine and give it to the other officer to book me for a possession of controlled substance charge. There was another suspect in the car and he saw every thing. The suspect was charged with possession of marijuana the same day, same time and by the same officers and transfered with me in the same car. From HPD Jail. The doctor at the clinic decided to send me to Ben Taub Hospital for X-Rays, because it was clear that my elbow was broken and also I couldn't breathe. I was transfered by the same officer who was in the passenger seat -- this officer said to me on the way (if you say that we beat you up -- I will put some more charges and shoot the shit of your stupid African Ass). I was afraid and I'm still afraid they will hurt me or Kill me if they know I'm suing them. The X-Rays results is a broken elbow and three ribs on the left side of my chest. The doctors decided to Keep me awaiting a surgery (operation) to fix my elbow. I was in 5B Bed#3 in Ben Taub From 4-24-07 To 5-2-07 the day I was supposed to go a surgery. Being NOT GUILTY and avoiding paying for my medical treatment -- they droped the charges on me. I'm still living with a broken elbow, cause I cannot afford the medical Bills. Ben Taub hospital still has my record and the X-Rays. They also has the information about where I was transfered from and the officer's name. I need justice.

Charges was droped on 5-2-07.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Statement Attached

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The expenses for the Now and in the future medical treatment Bills and make the defendant Pay for my Pain and Suffer of thier acts.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?      ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case Number:_____

   3. Approximate date sanctions were imposed:_____

   4. Have the sanctions been lifted or otherwise satisfied?      ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?      ___YES ✓NO

4

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date warnings were imposed:_____

Executed on: 1/23/08.
DATE

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___2 3rd___ day of ___January___, ~~19~~ 2008.
(Day)                    (month)                (year)

_____
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5



Awad Omar Mustafa #79818094
CCA/ B-10-6 TOP
15850 Export Plaza
Houston, TX. 77032

United States Courts
Southern District of Texas
FILED

FEB 1 2008

Michael N. Milby, Clerk of Court

United States District Court Clerk

P.O. Box 61010

Houston, TX. 77208

772081010 B001