In The United States District Court
For The Soutern District Of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

JUL - 2 2008

Michael N. Milby, Clerk

Awad Omar Mustafa
        Plaintiff

VS.

1- Harold L. Hurrt
1200 Travis
Houston, TX. 77002 , Defendant

2- Adrian Lopez — HPD officer
Attorney Patricia A. Harris
City of Houston legal Department
900 Bagby, 4th Floor
Houston, TX. 77002 , Defendant

3- Sammy Delacruz — HPD
Attorney Patricia A. Harris
City of Houston legal Department
900 Bagby, 4th floor
Houston, Texas. 77002 , Defendant

Civil Action NO: H-08-0410

Jury Trial Demanded

Plaintiff's Amended Complaint
Under 42 USC § 1983, civil rights act-TDCJ-ID (Rev.7/97)
Comes now Awad Omar Mustafa, Plaintiff in the above styled and numbered civil action and will make this "plaintiff Amended complaint as this court ordered in instrument :6 on April 3rd, 2008. Signed by judge Kieth P. Ellison, and will show the following:

I

As shown on Docket (1) one on the original "statement of claim", and as shown on plaintiff's Initial Disclosure plaint. was physicaly and mentaly abused by two officers from Houston police Department on 4-24-07 at the 3737 Hillcroft Houston, TX. 77057.

# H—08—0410

#

Defendant's Initial Disclosure released the names of:

1- Officer ADRIAN LOPEZ — HPD Officer/900 Bagby 4th floor
Attorney Patricia A. Harris at the city of Houston legal Dep
Houston, TX. 77002 - as an officer involved in this civil action

2- Officer SAMMY DELACRUZ — HPD Officer
Patricia A. Harris - 900 Bagby, 4th floor
City of Houston Legal Dep-
Houston, TX. 77002 - as an officer involved in this civil action

III

Where fore Premised Considered, Plaintiff pray and
Plaintiff respectfully moves this court to order officer
ADRIAN LOPEZ and Officer SAMMY DELACRUZ to be
joined as defendants in this civil action NO. H-08-0410

Respectfully Submitted

Executed on: 6-30-08

Signature:—

# H-08-0410

Respectfully Submitted

By:  Awad Oman Mustafa, Pro Se
     # 79-818-094
     15850 EXPORT PLAZA Dr.
     Houston, TX. 77032
     Signature: Awful

## Certificate Of Service

I here by certify that a copy from the true and correct Plaintiff's Amended Complaint was served upon the attorneys of record via United States Postal Service On this 30th day of June, 2008.

Attorney Patricia A. Harris
P.O. Box 368
Houston, TX. 77001-0368

Awad Omar Mustafa #79-818-014
15850 EXPORT PLAZA Dr.
Houston, TX. 77032

HOUSTON TX 770

01 JUL 2008 PM 6 T

United States District Court
Southern District of Texas
FILED

JUL 0 2 2008

Michael N. Milby, Clerk

clerK
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, TX. 77208

77208+1010